**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 10, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00093-CV

---

## IN RE PAOLA ACHA, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1196257**

---

## MEMORANDUM OPINION

On Friday, February 10, 2023, relator Paola Acha filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jeffrey T. Kovach, presiding judge of the County Civil Court at Law No. 2 of Harris County, to "reverse the default judgment. . . ." Relator asserts that the trial court abused its discretion by "recklessly issuing a Wrongful Eviction Judgment and an

Illegal Writ of Possession without consideration to the lawful subsidized Rent Funds granted by the state of Texas Rent Relief Fund."

Relator has not established that it she entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.